UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio Corporation, | ) ) ) ) | No. C10-0446 BZ |
| Plaintiff(s), | ) ) | **BRIEFING ORDER** |
| v. | ) ) | |
| DIANA'S CARE HOME, a business entity form unknown, et al., | ) ) ) ) | |
| Defendant(s). | ) ) | |

Having received defendants' motion to dismiss, or in the alternative to refuse jurisdiction, stay this proceeding, and to disqualify counsel, **IT IS ORDERED** that any opposition shall be filed by **May 5, 2010**. Any reply shall be filed by **May 12, 2010**. By no later than **April 29, 2010**, defendants shall consent to or decline magistrate judge jurisdiction. The form to consent to or decline magistrate judge jurisdiction may be

///

///

///

1

1 | found on the court's website at:
2 | http://www.cand.uscourts.gov

Dated: 19 Apr 2010

*[signature]*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\JAMES RIVER V. DIANA'S CARE HOME\BRIEFING ORDER.wpd

2