1  JONATHAN B. COLE (SBN 70460)
   *jcole@nemecek-cole.com*
2  MATTHEW J. HAFEY (SBN 167122)
   *mhafey@nemecek-cole.com*
3  NEMECEK & COLE
   A Professional Corporation
4  15260 Ventura Boulevard, Suite 920
   Sherman Oaks, California 91403-5344
5  Telephone:  (818) 788-9500
   Facsimile:  (818) 501-0328

Attorneys for Plaintiff
JAMES RIVER INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio corporation,<br><br>                    Plaintiff,<br><br>     -vs-<br><br>DIANA'S CARE HOME, a business entity form unknown; NESTOR CASTANEDA, an individual; DIANA CASTANEDA, an individual; ESTRELLA ROTHSTEIN, an individual; HECTOR REYNA, by and through his successor in interest TRACY MARLENE REYNA, an individual; TRACY MARLENE REYNA, an individual; HAYWARD SISTERS HOSPITAL, INC., a California corporation; NADHI, INC., a California corporation; THC ORANGE COUNTY, INC., a California corporation,<br><br>                    Defendants. | **Case No. C-10-00446 BZ**<br><br>REQUEST OF PLAINTIFF JAMES RIVER INSURANCE COMPANY TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE<br><br><br><br>Date: May 17, 2010<br>Time: 4:30 p.m.<br>Place: Courtroom "G" (SF Courthouse) |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 16-10(a), Plaintiff JAMES RIVER INSURANCE COMPANY hereby requests to participate by telephone in the Initial Case Management Conference, currently set for May 17, 2010 at 4:30 p.m. in Courtroom "G" of the above-referenced Court located at 450 Golden Gate Avenue, San Francisco, CA 94102.

-1-

1  This request is made on the grounds that plaintiff's counsel's office is located in Sherman
2  Oaks, California (Los Angeles County), which is outside of San Francisco County where the
3  Courthouse is located.

4                                    Respectfully submitted,

5  Dated:      May __, 2010          NEMECEK & COLE

7                                    By_____
                                     MATTHEW J. HAFEY
                                     Attorneys for Plaintiff JAMES RIVER INSURANCE
8                                    COMPANY



DATED:  5/10/2010

**GRANTED.**

**Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.**