1  Michael Cohen - #98066
   Attorney at Law
2  345 Grove Street
   San Francisco, CA 94102
3  415/861-4414
   Fax: 415/431-4526
4

5  Attorney for Diana's Care Home, Nestor Castaneda, Diana Castaneda and Estrella Rothstein

6

7

8         UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

9  JAMES RIVER INSURANCE         No. CV 10 0446 BZ
   COMPANY, an Ohio Corporation,
10                                STIPULATION AND (Proposed) ORDER TO EXTEND
         Plaintiff,                DEADLINE FOR REPLY BRIEF
11
   vs.
12
   DIANA'S CARE HOME, et al.,
13
         Defendants.
14  _____/

15       WHEREAS:

16       Defendants' last day to file a reply brief in support of their motion to have their

17  herein attorney appointed *Cumis* counsel in the underlying case is Wednesday, 5/19/10;

18       Defendants' herein attorney: (1) has an eye examination Tuesday 5/18/10 that

19  will be time-consuming; (2) has to spend time on 5/18/10 replacing his crashed computer; and

20  (3) has an important meeting on 5/19/10 that cannot be postponed,

21       THEREFORE, it is hereby Stipulated by and between Plaintiff and Defendants Nestor

22  Castaneda and Diana Castaneda dba Diana's Care Home, and Esther Rothstein, by counsel, that

23  the Court may Order that Defendants' last day to file a reply brief in support of their motion to

24  have their herein attorney appointed *Cumis* counsel in the underlying case be extended to

25  //

26  //

                                          1

1 | 5/21/10.

2 | DATED: May 18, 2010                                      DATED: May 18, 2010

3 |                                                                           NEMECEK & COLE

5 | ___/S/_____                        By ___/S/_____
MICHAEL COHEN                                                Matthew Hafey

7 |                                                   SO ORDERED

8 | DATED: __ May 18, 2010___

_____
Hon. Bernard Zimmerman, Magistrate Judge

2

Stipulation and (Proposed) Order to Extend Deadline for Reply Brief