UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio Corporation,<br><br>    Plaintiff(s),<br><br>v.<br><br>DIANA'S CARE HOME, a business entity form unknown, et al.,<br><br>    Defendant(s). | No. C10-0446 BZ<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL** |

    Defendants the Castanedas and Rothstein have moved to disqualify the firm of Nemecek & Cole from representing the James River Insurance Company in this coverage dispute. However, no where have defendants identified any legal basis, in either case authority, statute or the Rules of Professional Conduct, which support the disqualification motion. Defendants' citation to Rules of Professional Conduct 3-300 and 310 in the reply do not help them. Those rules apply to conflicts between an attorney and his client. Defendants are not Nemecek & Cole's clients. To the extent defendants

1

generally allege that Nemecek & Cole have a conflict of interest with them, that is not surprising.  Ordinarily counsel for the plaintiff is adverse to the defendants.

To the extent that defendants appear dissatisfied with plaintiff's decision not to select Mr. Cohen as independent counsel under the Code of Civil Procedure 2860, their recourse is to seek review of that decision (which they have done); not to seek to disqualify plaintiff's counsel in this action.

The Court finds no need for oral argument and vacates the hearing on this motion presently scheduled for June 2, 2010. For the foregoing reasons, defendants' motion to disqualify Nemecek & Cole as counsel for the plaintiff in this action is **DENIED**.

Dated: May 26, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\JAMES RIVER V. DIANA'S CARE HOME\ORDER DENYING DEFS MOT TO DISQUALIFY.wpd

2