UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio Corporation,<br><br>    Plaintiff(s),<br><br>  v.<br><br>DIANA'S CARE HOME, a business entity form unknown, et al.,<br><br>    Defendant(s). | No. C10-0446 BZ<br><br>**ORDER REFERRING CASE TO SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that this case is referred to the Honorable Joseph C. Spero to conduct a settlement conference as soon as possible. The parties will be notified by chambers of the time and place.

Dated: June 25, 2010

                          Bernard Zimmerman
              United States Magistrate Judge

G:\BZALL\-BZCASES\JAMES RIVER V. DIANA'S CARE HOME\ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE.wpd