1  JONATHAN B. COLE (SBN 70460)
   jcole@nemecek-cole.com
2  MATTHEW J. HAFEY (SBN 167122)
   mhafey@nemecek-cole.com
3  NEMECEK & COLE
   A Professional Corporation
4  15260 Ventura Boulevard, Suite 920
   Sherman Oaks, California 91403-5344
5  Telephone: (818) 788-9500
   Facsimile: (818) 501-0328
6
   Attorneys for Plaintiff
7  JAMES RIVER INSURANCE COMPANY

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | JAMES RIVER INSURANCE COMPANY, ) | Case No. C-10-00446 BZ
   | an Ohio corporation,                  )
13 |                                       ) | [PROPOSED] ORDER RE
   |                                       ) | STIPULATION TO DISMISS
   |              Plaintiff,               ) | COMPLAINT AGAINST THC
14 |                                       ) | ORANGE COUNTY, INC. WITHOUT
   |       -vs-                            ) | PREJUDICE AND AGREEMENT TO
15 |                                       ) | BE BOUND BY JUDGMENT
   | DIANA'S CARE HOME, a business entity  )
16 | form unknown; NESTOR CASTANEDA, an    )
   | individual; DIANA CASTANEDA, an        )
17 | individual; ESTRELLA ROTHSTEIN, an    )
   | individual; HECTOR REYNA, by and      )
18 | through his successor in interest TRACY)
   | MARLENE REYNA, an individual; TRACY   )
19 | MARLENE REYNA, an individual;          )
   | HAYWARD SISTERS HOSPITAL, INC., a     )
20 | California corporation; NADHI, INC., a )
   | California corporation; THC ORANGE    )
21 | COUNTY, INC., a California corporation,)
   |                                       )
22 |              Defendants.              )
   | _____ )
23

24         Having considered the Stipulation of the Parties and GOOD CAUSE APPEARING

25 THEREFOR, IT IS HEREBY ORDERED AS FOLLOWS:

26 / / /

27 / / /

28

                                           -1-

1.  Defendant THC ORANGE COUNTY, INC. ("THC") is hereby dismissed from this action WITHOUT prejudice;

2.  THC shall cooperate with the pending litigation by making the person who was/is employed at Kindred Hospital / San Francisco Bay Area who is most qualified to testify pursuant to Fed.R.Civ.P. 30(b)(6) available for the giving of his or her deposition and/or trial testimony without the need for subpoena upon reasonable Notice made by mail to THC's attorney of record, Jodie Feusner, Esq., Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111; Telephone: 415 986 5900; Facsimile 415 986-8054 pursuant to the Federal Rules of Civil Procedure as if it were still a party. THC agrees to this arrangement, that it is subject to the jurisdiction of this Court, and that it will accept service of any Notice of Deposition or Notice to Appear at Trial via United States Mail and be bound thereby during the pendency of this Action.

3.  THC may, at its option, agree to participate in settlement discussions before a Magistrate Judge or other settlement officer duly appointed by the above-entitled Court upon reasonable notice to Ms. Feusner, as if it were a party to this Action.

4.  THC has waived any rights under California Code of Civil Procedure Section 1989 or its equivalent under the Federal Rules of Civil Procedure and is ordered provide the person who was/is employed at Kindred Hospital / San Francisco Bay Area who is most qualified to testify at trial in the pending litigation on notice as set forth above as if it were still a party regardless of its principal place of business at the time of service.

5.  Unless THC successfully intervenes or is otherwise joined in the litigation of this Action (in which case THC may litigate on the merits), THC shall be bound by any judgment ultimately rendered against Nestor Castaneda, Diana Castaneda, Estrella Rothstein and/or Diana's Care Home as though it were still a party to this Action. The Court retains jurisdiction over THC for the purpose of entering said judgment.

6.  JAMES RIVER and THC shall each bear their own costs and attorney fees as respects THC.

///
///

7. This Order may be the basis for an instruction to the trier or findings by the Court, but only in a manner not inconsistent with its stated terms.

Dated: June 25, 2010

_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-

1896114P.15 Order THC.wpd       ORDER RE DISMISSAL WITHOUT PREJUDICE