1  JONATHAN B. COLE (SBN 70460)
   *jcole@nemecek-cole.com*
2  MATTHEW J. HAFEY (SBN 167122)
   *mhafey@nemecek-cole.com*
3  NEMECEK & COLE
   A Professional Corporation
4  15260 Ventura Boulevard, Suite 920
   Sherman Oaks, California 91403-5344
5  Telephone: (818) 788-9500
   Facsimile: (818) 501-0328
6
   Attorneys for Plaintiff
7  JAMES RIVER INSURANCE COMPANY

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | JAMES RIVER INSURANCE COMPANY, ) | Case No. C-10-00446 BZ
   | an Ohio corporation,                 )  |
13 |                                      )  | **[PROPOSED] ORDER RE
   |                Plaintiff,            )  | STIPULATION TO DISMISS
14 |                                      )  | COMPLAINT AGAINST TRACY
   | -vs-                                 )  | MARLENE REYNA, INDIVIDUALLY,
15 |                                      )  | AND HECTOR REYNA, BY AND
   | DIANA'S CARE HOME, a business entity )  | THROUGH TRACY MARLENE
16 | form unknown; NESTOR CASTANEDA, an   )  | REYNA WITHOUT PREJUDICE AND
   | individual; DIANA CASTANEDA, an      )  | AGREEMENT TO BE BOUND BY
17 | individual; ESTRELLA ROTHSTEIN, an   )  | JUDGMENT**
   | individual; HECTOR REYNA, by and     )  |
18 | through his successor in interest TRACY )|
   | MARLENE REYNA, an individual; TRACY  )  |
19 | MARLENE REYNA, an individual;        )  |
   | HAYWARD SISTERS HOSPITAL, INC., a    )  |
20 | California corporation; NADHI, INC., a )|
   | California corporation; THC ORANGE   )  |
21 | COUNTY, INC., a California corporation, )|
   |                                      )  |
22 |                Defendants.           )  |
   |                                      )  |
23

24         Having considered the Stipulation of the Parties and GOOD CAUSE APPEARING

25 THEREFOR, IT IS HEREBY ORDERED AS FOLLOWS:

26 ///

27 ///

28

---
-1-

1896114P.55 Order Reyna.wpd        ORDER RE DISMISSAL WITHOUT PREJUDICE

-2-

1. Defendants TRACY MARLENE REYNA, individually, and HECTOR REYNA, by and through TRACY MARLENE REYNA (collectively, the "REYNA PARTIES") are hereby dismissed from this action WITHOUT prejudice;

2. The REYNA PARTIES shall cooperate with the pending litigation by making TRACY MARLENE REYNA available for the giving of her trial testimony without the need for subpoena upon reasonable Notice made by mail to the REYNA PARTIES in care of TRACY MARLENE REYNA, 130 Caldecott Lane, # 2, Oakland, CA 94618, tel. (510) 881-4980, email miliondollarwoman@aol.com, or such further address to be supplied by TRACY MARLENE REYNA, upon condition that if at the time her testimony is needed, TRACY MARLENE REYNA no longer resides in the Northern District of California, JAMES RIVER INSURANCE COMPANY ("JAMES RIVER") or any other Party seeking TRACY MARLENE REYNA's testimony will pay for, in advance, her reasonable economy class airfare (roundtrip), her reasonable hotel, ground transportation, per diem for food, and airport parking while in the Northern District of California to testify. The REYNA PARTIES agree to this arrangement, that they are subject to the jurisdiction of this Court, and that they will accept service of any Notice to Appear at Trial via United States Mail and be bound thereby during the pendency of this Action.

3. The REYNA PARTIES may, at their option, agree to participate in settlement discussions before a Magistrate Judge or other settlement officer duly appointed by the above-entitled Court upon reasonable notice to Ms. Reyna, as if they were parties to this Action.

4. The REYNA PARTIES have waived any rights under California Code of Civil Procedure Section 1989 or its equivalent under the Federal Rules of Civil Procedure.

5. Unless the REYNA PARTIES successfully intervene or are otherwise joined in the litigation of this Action (in which case the REYNA PARTIES may litigate on the merits), the REYNA PARTIES shall be bound by any judgment ultimately rendered against Nestor Castaneda, Diana Castaneda, Estrella Rothstein and/or Diana's Care Home as though they were still parties to this Action. The Court retains jurisdiction over the REYNA PARTIES for the purpose of entering said judgment.

1  6. JAMES RIVER and the REYNA PARTIES shall each bear their own costs and attorney fees as respects THC.

7. This Order may be the basis for an instruction to the trier or findings by the Court, but only in a manner not inconsistent with its stated terms.

Dated: June 25, 2010

*[signature]*
UNITED STATES MAGISTRATE JUDGE

**IT IS SO ORDERED**
*[signature]*
Judge Bernard Zimmerman