UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio Corporation,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>DIANA'S CARE HOME, a business entity form unknown, et al.,<br><br>　　　　Defendant(s). | No. C10-0446 BZ<br><br>**SCHEDULING ORDER** |

Following a telephone conference with respect to the outstanding discovery dispute, at which both parties were represented by counsel, **IT IS HEREBY ORDERED** that the parties shall confer in an effort to resolve the dispute in accordance with the views expressed by the Court. If they are unsuccessful, plaintiff has leave to file a motion for protective order.

Dated: June 29, 2010

　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\JAMES RIVER V. DIANA'S CARE HOME\DISCOVERY DISPUTE ORDER.wpd

1