1  JONATHAN B. COLE (SBN 70460)
   *jcole@nemecek-cole.com*
2  MATTHEW J. HAFEY (SBN 167122)
   *mhafey@nemecek-cole.com*
3  NEMECEK & COLE
   A Professional Corporation
4  15260 Ventura Boulevard, Suite 920
   Sherman Oaks, California 91403-5344
5  Telephone: (818) 788-9500
   Facsimile: (818) 501-0328
6
   Attorneys for Plaintiff
7  JAMES RIVER INSURANCE COMPANY

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | JAMES RIVER INSURANCE COMPANY, ) | **Case No. C-10-00446 BZ**
   | an Ohio corporation,                )
13 |                                     ) | [~~PROPOSED~~] **ORDER RE**
   |                Plaintiff,           ) | **STIPULATION TO DISMISS**
14 |                                     ) | **COMPLAINT AGAINST HAYWARD**
   |   -vs-                              ) | **SISTERS HOSPITAL, INC. WITHOUT**
15 |                                     ) | **PREJUDICE AND AGREEMENT TO**
   | DIANA'S CARE HOME, a business entity) | **BE BOUND BY JUDGMENT**
16 | form unknown; NESTOR CASTANEDA, an )
   | individual; DIANA CASTANEDA, an     )
17 | individual; ESTRELLA ROTHSTEIN, an  )
   | individual; HECTOR REYNA, by and    )
18 | through his successor in interest TRACY )
   | MARLENE REYNA, an individual; TRACY )
19 | MARLENE REYNA, an individual;       )
   | HAYWARD SISTERS HOSPITAL, INC., a   )
20 | California corporation; NADHI, INC., a )
   | California corporation; THC ORANGE  )
21 | COUNTY, INC., a California corporation, )
   |                                     )
22 |                Defendants.          )
   |                                     )
23

24         Having considered the Stipulation of the Parties and GOOD CAUSE APPEARING

25 THEREFOR, IT IS HEREBY ORDERED AS FOLLOWS:

26 / / /

27 / / /

28

-1-

1    1.    Defendant HAYWARD SISTERS HOSPITAL, INC. ("HSH") is hereby dismissed from this action WITHOUT prejudice;

2.    HSH shall cooperate with the pending litigation by making the person who was/is employed at HSH who is most qualified to testify pursuant to Fed.R.Civ.P. 30(b)(6) available for the giving of his or her deposition and/or trial testimony without the need for subpoena upon reasonable Notice made by mail to HSH's attorney of record, Martin Everson, Esq., Galloway, Lucchese, Everson & Picchi, APC, 1676 North California Boulevard, Suite 500, Walnut Creek, CA 94596 pursuant to the Federal Rules of Civil Procedure as if it were still a party. HSH agrees to this arrangement, that it is subject to the jurisdiction of this Court, and that it will accept service of any Notice of Deposition or Notice to Appear at Trial via United States Mail and be bound thereby during the pendency of this Action.

3.    HSH may, at its option, agree to participate in settlement discussions before a Magistrate Judge or other settlement officer duly appointed by the above-entitled Court upon reasonable notice to Ms. Feusner, as if it were a party to this Action.

4.    HSH has waived any rights under California Code of Civil Procedure Section 1989 or its equivalent under the Federal Rules of Civil Procedure and is ordered provide the person who was/is employed at HSH who is most qualified to testify at trial in the pending litigation on notice as set forth above as if it were still a party regardless of its principal place of business at the time of service.

5.    Unless HSH successfully intervenes or is otherwise joined in the litigation of this Action (in which case HSH may litigate on the merits), HSH shall be bound by any judgment ultimately rendered as to Nestor Castaneda, Diana Castaneda, Estrella Rothstein and/or Diana's Care Home as though it were still a party to this Action. The Court retains jurisdiction over HSH for the purpose of entering said judgment.

6.    JAMES RIVER and HSH shall each bear their own costs and attorney fees as respects HSH.

/ / /

/ / /

1      7.     This Order may be the basis for an instruction to the trier or findings by the Court, but
2 only in a manner not inconsistent with its stated terms.

4 Dated: June 2?, 2010           _____
                                    UNITED STATES MAGISTRATE JUDGE

1896114P.17 Order HSH.wpd        ORDER RE DISMISSAL WITHOUT PREJUDICE