1  JONATHAN B. COLE (SBN 70460)
   *jcole@nemecek-cole.com*
2  MATTHEW J. HAFEY (SBN 167122)
   *mhafey@nemecek-cole.com*
3  NEMECEK & COLE
   A Professional Corporation
4  15260 Ventura Boulevard, Suite 920
   Sherman Oaks, California 91403-5344
5  Telephone: (818) 788-9500
   Facsimile: (818) 501-0328
6
   Attorneys for Plaintiff
7  JAMES RIVER INSURANCE COMPANY

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | JAMES RIVER INSURANCE COMPANY, ) | **Case No. C-10-00446 BZ**
   | an Ohio corporation,            )
13 |                                 ) | ~~[PROPOSED]~~ **ORDER RE**
   |                                 ) | **STIPULATION TO DISMISS**
14 |            Plaintiff,           ) | **COMPLAINT AGAINST NADHI, INC.**
   |                                 ) | **WITHOUT PREJUDICE AND**
15 |   -vs-                          ) | **AGREEMENT TO BE BOUND BY**
   |                                 ) | **JUDGMENT**
16 | DIANA'S CARE HOME, a business entity )
   | form unknown; NESTOR CASTANEDA, an )
17 | individual; DIANA CASTANEDA, an )
   | individual; ESTRELLA ROTHSTEIN, an )
18 | individual; HECTOR REYNA, by and )
   | through his successor in interest TRACY )
19 | MARLENE REYNA, an individual; TRACY )
   | MARLENE REYNA, an individual; )
20 | HAYWARD SISTERS HOSPITAL, INC., a )
   | California corporation; NADHI, INC., a )
21 | California corporation; THC ORANGE )
   | COUNTY, INC., a California corporation, )
22 |                                 )
   |            Defendants.          )
23 | _____ )

24        Having considered the Stipulation of the Parties and GOOD CAUSE APPEARING

25  THEREFOR, IT IS HEREBY ORDERED AS FOLLOWS:

26  / / /

27  / / /

28

-1-

1896114P.10 Order NADHI.wpd          ORDER RE DISMISSAL WITHOUT PREJUDICE

1.   Defendant NADHI, INC. ("NADHI") is hereby dismissed from this action WITHOUT prejudice;

2.   NADHI shall cooperate with the pending litigation by making its Person Most Qualified to testify pursuant to Fed.R.Civ.P. 30(b)(6) available for the giving of his or her deposition and/or trial testimony without the need for subpoena upon reasonable Notice made by mail to NADHI's attorney of record, Henry P. "Rick" Canvel, Esq., Gordon & Rees, LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111, Ph: (415) 986-5900, Fax: (415) 986-8054 pursuant to the Federal Rules of Civil Procedure as if it were still a party.  NADHI agrees to this arrangement, that it is subject to the jurisdiction of this Court, and that it will accept service of any Notice of Deposition or Notice to Appear at Trial via United States Mail and be bound thereby during the pendency of this Action.

3.   NADHI may, at its option, agree to participate in settlement discussions before a Magistrate Judge or other settlement officer duly appointed by the above-entitled Court upon reasonable notice to Mr. Canvel, as if it were a party to this Action.

4.   NADHI has waived any rights under California Code of Civil Procedure Section 1989 or its equivalent under the Federal Rules of Civil Procedure and is ordered to provide its Person Most Qualified to Testify as a witness at trial in the pending litigation on notice as set forth above as if it were still a party regardless of its principal place of business at the time of service.

5.   Should facts develop or documents be discovered at any time prior to the judgment being entered in this Action, NADHI, INC. has reserved its right to seek to intervene, file a joinder, or stipulate to or oppose a motion for joinder by another party in this Action, and JAMES RIVER shall not oppose such intervention or joinder.

6.   Unless it elects to intervene or is otherwise joined in the litigation of this Action, NADHI shall be bound by any judgment ultimately rendered against Nestor Castaneda, Diana Castaneda, Estrella Rothstein and/or Diana's Care Home as though it were still a party to this Action. The Court retains jurisdiction over NADHI for the purpose of entering a Judgment in plaintiff's behalf should plaintiff prevail against Nestor Castaneda, Diana Castaneda, Estrella Rothstein and/or Diana's Care Home.

1       7.    JAMES RIVER and NADHI shall each bear their own costs and attorney fees as

2 respects NADHI.

3       8.    This Order may be the basis for an instruction to the trier or findings by the Court, but

4 only in a manner not inconsistent with its stated terms.

6 Dated: __August 4__, 2010        *[signature]*
                                           UNITED STATES MAGISTRATE JUDGE

1896114P.10 Order NADHI.wpd        ORDER RE DISMISSAL WITHOUT PREJUDICE