1  JONATHAN B. COLE (SBN 70460)
   jcole@nemecek-cole.com
2  MATTHEW J. HAFEY (SBN 167122)
   mhafey@nemecek-cole.com
3  NEMECEK & COLE
   A Professional Corporation
4  15260 Ventura Boulevard, Suite 920
   Sherman Oaks, California 91403-5344
5  Telephone: (818) 788-9500
   Facsimile: (818) 501-0328
6
   Attorneys for Plaintiff
7  JAMES RIVER INSURANCE COMPANY

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | JAMES RIVER INSURANCE COMPANY, ) | **Case No. C-10-00446 BZ**
   | an Ohio corporation,                             )
13 |                                                  ) | [~~PROPOSED~~] JUDGMENT OF
   |              Plaintiff,                          ) | RESCISSION
14 |                                                  )
   |   -vs-                                           )
15 |                                                  )
   | DIANA'S CARE HOME, a business entity             )
16 | form unknown; NESTOR CASTANEDA, an               )
   | individual; DIANA CASTANEDA, an                  )
17 | individual; ESTRELLA ROTHSTEIN, an               )
   | individual; HECTOR REYNA, by and                 )
18 | through his successor in interest TRACY          )
   | MARLENE REYNA, an individual; TRACY              )
19 | MARLENE REYNA, an individual;                    )
   | HAYWARD SISTERS HOSPITAL, INC., a                )
20 | California corporation; NADHI, INC., a           )
   | California corporation; THC ORANGE               )
21 | COUNTY, INC., a California corporation,          )
   |                                                  )
22 |              Defendants.                         )
   | _____           )
23

24       WHEREAS defendants DIANA'S CARE HOME, a business entity form unknown; NESTOR

25 CASTANEDA, an individual; DIANA CASTANEDA, an individual; and ESTRELLA ROTHSTEIN

26 (collectively the "DCH PARTIES") have settled their differences with plaintiff JAMES RIVER

27 INSURANCE COMPANY ("JAMES RIVER"); and

28 ///

-1-

1      WHEREAS the DCH PARTIES acknowledge that, as part of the settlement, JAMES RIVER has returned the $10,400 premium paid for Residential Care Facility Liability Insurance Policy No. 00004174-5, which was written on a "Claims Made and Reported" form with effective dates of April 29, 2009 to 2010, limits of $1,000,000 per Claim and in the Aggregate, and a $5,000 deductible (the "Policy");and

     WHEREAS each of the Parties have contributed other good and valuable consideration to the others as part of the settlement; and

     WHEREAS each of the Parties hereto expressly deny any liability or wrongdoing vis-a-vis the others;

     IT IS HEREBY ADJUDGED AND DECREED that JAMES RIVER may have judgment against the DCH PARTIES, and each of them as follows:

     1.     The Policy has been rescinded and is void *ab initio* as if it was never in effect;

     2.     JAMES RIVER does not and never had a duty to defend or indemnify any of the DCH PARTIES or any person or entity who could make a Claim against or through them under the Policy, for any purpose;

     3.     JAMES RIVER does not and never had a duty to defend or indemnify any of the DCH PARTIES or any person or entity who could make a Claim against or through them under the Policy relating to *Reyna v. Castaneda, et al.*, Alameda County Superior Court Case No. RG09483810.

     4.     Having previously considered stipulations between defendants HECTOR REYNA, by and through his successor in interest TRACY MARLENE REYNA, an individual ("HECTOR REYNA"); TRACY MARLENE REYNA, an individual ("MARLENE REYNA"); Hayward Sisters Hospital, Inc. ("HSH"); NADHI, INC. ("NADHI"); and THC Orange County, Inc. dba Kindred Hospital San Francisco Area ("THC") and JAMES RIVER for dismissal of the within Action in exchange for Orders of this Court that HECTOR REYNA, MARLENE REYNA, HSH, NADHI and THC shall be bound by any judgment ultimately rendered as to the DCH PARTIES, Judgment is also entered against HECTOR REYNA, MARLENE REYNA, HSH, NADHI and THC.

/ / /

/ / /

5. Each of the Parties hereto are to bear their own attorney's fees and costs.

DATED: October 18, ___, 2010

*Bernard Zimmerman*
UNITED STATES MAGISTRATE JUDGE

1896114P.59 Judgment.wpd                    [PROPOSED] JUDGMENT